# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DELEGGE, DALE J § Case No. 12-46331 BL
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF THE COURT
　　　　　　　　219 S. Dearborn
　　　　　　　　Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/19/2014 in Courtroom ,
　　　　　　　　United States Courthouse
　　　　　　　　Joliet City Hall
　　　　　　　　150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/03/2014　　　　　　　　By: /s/ Michael G. Berland
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DELEGGE, DALE J § Case No. 12-46331 BL
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 54,728.27 |
| and approved disbursements of | $ | 50.10 |
| leaving a balance on hand of[1] | $ | 54,678.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 5,986.41 | $ 0.00 | $ 5,986.41 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,986.41 |
| Remaining Balance | | $ | 48,691.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,879.43 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | IRS | $ 13,387.35 | $ 0.00 | $ 13,387.35 |
| 000003A | Illinois Department of Revenue | $ 1,492.08 | $ 0.00 | $ 1,492.08 |

Total to be paid to priority creditors         $         14,879.43

Remaining Balance         $         33,812.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,914.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | West Suburban Bank | $ 12,127.12 | $ 0.00 | $ 11,744.46 |
| 000002A | IRS | $ 10,567.65 | $ 0.00 | $ 10,234.19 |
| 000004 | Estate of Marie Delegge | $ 11,310.00 | $ 0.00 | $ 10,953.12 |
| 3A | Illinois Department Of Revenue | $ 909.25 | $ 0.00 | $ 880.56 |

Total to be paid to timely general unsecured creditors         $         33,812.33

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                          Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                             Case No. 12-46331-BWB
Dale J Delegge                                                     Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: cmendoza1              Page 1 of 1          Date Rcvd: Nov 04, 2014
                               Form ID: pdf006              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
db           +Dale J Delegge,    2564 Dickens Dr.,    Aurora, IL 60503-5761
19728942     +Arctic Plow Corporation,    2564 Dickens Dr.,    Aurora, IL 60503-5761
20586495     +Estate of Marie Delegge,    David C Carter PC (law office),     6 South Street,
               South Hero, VT 05486-4912
19728943     +Giagnorio & Robertelli, Ltd,    130 S. Blomington Rd.,    PO Box 726,
               Bloomingdale, IL 60108-0726
19728944     +Harvard Collection Services, Inc.,    166 W Washington,    Suite 300,    Chicago, IL 60602-2390
19728945    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,     P O BOX 64338,
               CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,     Bankruptcy Section,
               100 W Randolph St Level 7-425,    Chicago, IL 60106)
20035175      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, IL 60664-0338
19728947      James A. Riley, CPA,    327 D. First St.,    Geneva, IL 60134
19728948      Law office of Robin R. Kelleher,    102 S. Wynstone Rd.,    Suite 100,
               North Barrington, IL 60010
19728949     +National Salt Supply Inc.,    1550 West Bryn Mawr Ave,    Itasca, IL 60143-1318
19728950    +++West Suburban Bank,    c/o Ms Gina B Krol,    105 W Madison Street Suite 1100,
               Chicago, IL 60602-4600
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19728946     +E-mail/Text: cio.bncmail@irs.gov Nov 05 2014 02:04:44     IRS,
               Special Procedures - Insolvency,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Gloria Longest
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2014 at the address(es) listed below:
              Andrew K. Weiss    on behalf of Debtor Dale J Delegge andrew.weiss@gardencitygroup.com
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```