UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                   §
                                         §
DELEGGE, DALE J                          §          Case No. 12-46331
                                         §
         Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERLAND, MICHAEL | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Special Procedures - Insolvency PO Box 7346 Philadelphia, PA 19101 | | | | | |
| | IRS Special Procedures - Insolvency PO Box 7346 Philadelphia, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Special Procedures - Insolvency PO Box 7346 Philadelphia, PA 19101 | | | | | |
| | IRS Special Procedures - Insolvency PO Box 7346 Philadelphia, PA 19101 | | | | | |
| | IRS Special Procedures - Insolvency PO Box 7346 Philadelphia, PA 19101 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section 100 W Randolph St Level 7-425 Chicago, IL 60106 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section 100 W Randolph St Level 7-425 Chicago, IL 60106 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section 100 W Randolph St Level 7-425 Chicago, IL 60106 | | | | | |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002B | IRS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Giagnorio & Robertelli, Ltd 130 S. Blomington Rd. PO Box 726 Bloomingdale, IL 60108 | | | | | |
| | Harvard Collection Services, Inc. 166 W Washington Suite 300 Chicago, IL 60602 | | | | | |
| | James A. Riley, CPA 327 D. First St. Geneva, IL 60134 | | | | | |
| | Law office of Robin R. Kelleher 102 S. Wynstone Rd. Suite 100 North Barrington, IL 60010 | | | | | |
| | National Salt Supply Inc. 1550 West Bryn Mawr Ave Itasca, IL 60143 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | ESTATE OF MARIE DELEGGE | | | | | |
| 3A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002A | IRS | | | | | |
| 000001 | WEST SUBURBAN BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-46331 | BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DELEGGE, DALE J | | Date Filed (f) or Converted (c): | 11/26/12 (f) |
| | | | 341(a) Meeting Date: | 01/03/13 |
| For Period Ending: | 02/09/15 | | Claims Bar Date: | 05/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 4. PISTOL | 400.00 | 0.00 | | 0.00 | FA |
| 5. POSSIBLE LAWSUIT AGAINST RAYMOND PRESSEY | 0.00 | 0.00 | | 0.00 | FA |
| 6. INHERITANCE (u) | 0.00 | 16,952.07 | | 16,952.07 | FA |
| There is a house to be liquidated and major repairs to the septic system must be complted before that can be done. The value of the house to be sold is also unknown,. Therefore the estmated value may change susbstantially when the house is liquidiated. | | | | | |
| 7. Interest in checking account with mother- (u) | 0.00 | 37,776.20 | | 37,776.20 | FA |
| 8. 1992 CHEVROLET CORVETTE | 3,923.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,043.00 | $54,728.27 | | $54,728.27 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The inheritance has been paid to the trustee. Part of it was from a checking account the debtor held jointly with his
mother. The remaning part was part of a general inheritance the debtor received with his siblings.

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

LFORM1

Ver: 18.03a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 12-46331 -BL |
| Case Name: | DELEGGE, DALE J |
| Taxpayer ID No: | *******8723 |
| For Period Ending: | 02/09/15 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******0048  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 54,678.17 | | 54,678.17 |
| 12/22/14 | 005001 | Michael Berland | Trustee Compensation | 2100-000 | | 5,986.41 | 48,691.76 |
| 12/22/14 | 005002 | IRS<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101 | Claim 000002B, Payment 100.00000% | 5300-000 | | 13,387.35 | 35,304.41 |
| 12/22/14 | 005003 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000003A, Payment 100.00000% | 5300-000 | | 1,492.08 | 33,812.33 |
| 12/22/14 | 005004 | West Suburban Bank<br>c/o Ms Gina B Krol<br>105 W Madison Street Suite 1100<br>Chicago, IL 60602 | Claim 000001, Payment 96.84459% | 7100-000 | | 11,744.46 | 22,067.87 |
| 12/22/14 | 005005 | IRS<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101 | Claim 000002A, Payment 96.84452% | 7100-000 | | 10,234.19 | 11,833.68 |
| 12/22/14 | 005006 | Estate of Marie Delegge<br>David C Carter PC (law office)<br>6 South Street<br>South Hero, VT 05486 | Claim 000004, Payment 96.84456% | 7100-000 | | 10,953.12 | 880.56 |
| 12/22/14 | 005007 | Illinois Department Of Revenue | Claim 3A, Payment 96.84465% | 7100-000 | | 880.56 | 0.00 |

Page Subtotals     54,678.17     54,678.17

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-46331 -BL | |
| Case Name: | DELEGGE, DALE J | |
| Taxpayer ID No: | *******8723 | |
| For Period Ending: | 02/09/15 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | Bank of Kansas City | |
| Account Number / CD #: | *******0048  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 54,678.17 | 54,678.17 | 0.00 |
| Less: Bank Transfers/CD's | 54,678.17 | 0.00 | |
| Subtotal | 0.00 | 54,678.17 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 54,678.17 | |

Page Subtotals         0.00         0.00

Ver: 18.03a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-46331 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DELEGGE, DALE J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1059  Checking Account |
| Taxpayer ID No: | *******8723 | | | |
| For Period Ending: | 02/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/25/14 | 7 | Bauer, Bravel, Franham | PAYMENT OF INHERITANCE FROM ACCOUNT | 1229-000 | 37,776.20 | | 37,776.20 |
| 07/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 37,766.20 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 40.10 | 37,726.10 |
| 10/13/14 | 6 | Maria De Legge Estate | Payment of inheritance from DeLegge | 1229-000 | 16,952.07 | | 54,678.17 |
| 10/20/14 | | Trsf To Bank of Kansas City | INITIAL WIRE TRANSFER IN | 9999-000 | | 54,678.17 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 54,728.27 | 54,728.27 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 54,678.17 | |
| Subtotal | 54,728.27 | 50.10 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 54,728.27 | 50.10 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0048 | 0.00 | 54,678.17 | 0.00 |
| Checking Account - ********1059 | 54,728.27 | 50.10 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 54,728.27 | 54,728.27 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   54,728.27   54,728.27

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*